F I L E D
CLERK, U.S. DISTRICT COURT
2/7/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: VAM DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOSEPH CASTELAO,<br><br>　　　　Defendant. | CR No. 2:22-cr-00032-RGK<br><br><u>I N F O R M A T I O N</u><br><br>[18 U.S.C. § 1955: Operating an Illegal Gambling Business] |

　　The United States Attorney charges:

[18 U.S.C. § 1955]

　　Beginning on an unknown date and continuing through on or about February 7, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendant JOSEPH CASTELAO conducted, financed, managed, supervised, directed, and owned an illegal gambling business, specifically, a bookmaking business involving taking bets on the outcomes of sporting events at agreed-upon odds in violation of California Penal Code Section 337a, which business involved at least five persons who conducted, financed, managed, supervised, directed, and owned all or part of the business; had been in substantially continuous operation by at least five persons for a

period in excess of thirty days; and had gross revenue of more than $2,000 in a single day.

TRACY L. WILKISON
United States Attorney

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

RANEE A. KATZENSTEIN
Assistant United States Attorney
Chief, Major Frauds Section

MONICA E. TAIT
Assistant United States Attorney
Deputy Chief, Major Frauds Section

JEFF MITCHELL
Assistant United States Attorney
Major Frauds Section

DAN G. BOYLE
Assistant United States Attorney
Asset Forfeiture Section